**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISAAC ACUNA, a minor, by and through his guardian ad litem, ADRIANA ACUNA, LEOBARDO ACUNA and ADRIANA ACUNA, Individually,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF KERN, dba KERN MEDICAL CENTER, et al.,<br><br>　　　　Defendants. | NO. 1:10-CV-00734 AWI JLT<br><br>ORDER VACATING JUNE 14, 2010 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

　　　Defendant United States of America's motion to dismiss has been set for hearing in this case on June 14, 2010. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 14, 2010, is VACATED, and the parties shall not appear at that time. As of June 14, 2010, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   June 10, 2010**　　　　　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE